IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Stompor, Edward A | Case Number: 05 B 37028 |
| | Judge: Hollis, Pamela S |
| Printed: 11/25/08 | Filed: 9/13/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed: October 30, 2008
Confirmed: November 7, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 57,518.35 | |
| Secured: | | 12,791.24 |
| Unsecured: | | 38,203.03 |
| Priority: | | 0.00 |
| Administrative: | | 2,700.00 |
| Trustee Fee: | | 3,115.73 |
| Other Funds: | | 708.35 |
| Totals: | 57,518.35 | 57,518.35 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | CFG Credit LP | Secured | 1,594.09 | 0.00 |
| 3. | Dell Financial Services, Inc | Secured | 257.92 | 257.92 |
| 4. | ECast Settlement Corp | Secured | 1,547.17 | 1,547.17 |
| 5. | Harris Bank | Secured | 10,769.60 | 10,676.64 |
| 6. | ECast Settlement Corp | Secured | 309.51 | 309.51 |
| 7. | Kohl's/Kohl's Dept Stores | Unsecured | 507.56 | 1,141.38 |
| 8. | Discover Financial Services | Unsecured | 2,828.44 | 6,360.48 |
| 9. | ECast Settlement Corp | Unsecured | 353.23 | 794.24 |
| 10. | Capital One | Unsecured | 82.73 | 186.03 |
| 11. | American Express | Unsecured | 109.44 | 246.10 |
| 12. | ECast Settlement Corp | Unsecured | 525.99 | 1,182.83 |
| 13. | RoundUp Funding LLC | Unsecured | 1,498.69 | 3,370.18 |
| 14. | Marshall Field & Company | Unsecured | 274.18 | 616.58 |
| 15. | Resurgent Capital Services | Unsecured | 3,534.08 | 7,947.31 |
| 16. | ECast Settlement Corp | Unsecured | 275.18 | 618.82 |
| 17. | ECast Settlement Corp | Unsecured | 3,387.17 | 7,616.93 |
| 18. | Resurgent Capital Services | Unsecured | 3,611.84 | 8,122.15 |
| 19. | Harris Bank | Secured | | No Claim Filed |
| 20. | Harris Bank | Unsecured | | No Claim Filed |
| | | | $ 34,166.82 | $ 53,694.27 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Stompor, Edward A

Printed: 11/25/08

Case Number:  05 B 37028
Judge:  Hollis, Pamela S
Filed:  9/13/05

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 677.23 |
| 5% | 187.53 |
| 4.8% | 554.31 |
| 5.4% | 995.23 |
| 6.5% | 598.10 |
| 6.6% | 103.33 |
| | $ 3,115.73 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

